UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:10CR11-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | COUNTS TWO, THREE, AND FIVE |
| ROBBIE PAUL HOWELL, | ) | |
| Defendant. | ) | |

Pursuant to the Government's Motion To Dismiss, filed July 30, 2010, leave of Court is hereby <u>granted</u> for the dismissal of Counts Two, Three, and Five only of the Superseding Bill of Indictment in the above-captioned case. Dismissal is *without prejudice.*

Signed: August 3, 2010

Richard L. Voorhees
United States District Judge