IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CR-00011-KDB-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ROBBIE PAUL HOWELL | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se pleading which can most liberally be read as a motion to appoint counsel to investigate unspecified relief under the First Step Act of 2018. (Doc. No. 86).

Considering the defendant's convictions are for kidnapping and interstate domestic violence, (Doc. No. 62: Judgment at 1), the defendant is not eligible for a sentence reduction under the Act, § 404(b), (c), Pub. L. 115-135 (2018) (relating to drug trafficking sentences).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED** without prejudice to raise specific claims on his own.

Signed: November 4, 2019

*[Signature]*

Kenneth D. Bell
United States District Judge